IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATINA M. MANSFIELD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 12-3691 |
| CAROLYN W. COLVIN,[1] | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

FILED
AUG 22 2013
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 22 day of Aug., 2013, upon independent review of the brief in support of review filed by Plaintiff, Defendant's response thereto, Plaintiff's reply thereto (Doc. Nos. 12, 13 & 14), and the administrative record, and after careful consideration of and no the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is objection hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. The final decision of the Commissioner denying disability benefits to Plaintiff is **VACATED**; and

3. The matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report.

BY THE COURT:

_____
WILLIAM H. YOHN, J.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.